# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JACKIE GRAY                                                                                              PLAINTIFF

v.                              CASE NO. 3:10CV00329 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 21st day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE